FILED
2005 Aug-08 AM 11:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DAISY GASKIN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )     **Civil Action No. 05-VEH-270-S** |
| | ) |
| **MIDLAND CREDIT MANAGEMENT,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER OF DISMISSAL

The case comes before the court on the Plaintiff's Motion to Dismiss (doc. 11).

After careful consideration, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** as follows:

1) The Motion to Dismiss is hereby **GRANTED**;

2) This action **DISMISSED with prejudice**, costs taxed as paid.

**DONE** and **ORDERED** this the 8th day of August, 2005.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge